No. 88–1484.   HAWAII v. PROKO INDUSTRIES, INC., ET AL. C. A. 3d Cir.   Certiorari denied.

No. 88–1488.   CITY OF DALLAS v. VIDEO INTERNATIONAL PRODUCTIONS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–1490.   LOCAL LODGE D111 OF THE CEMENT, LIME, GYPSUM & ALLIED WORKERS, DIVISION OF THE INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS, AFL–CIO, ET AL. v. INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS, AFL–CIO.   C. A. 11th Cir.   Certiorari denied.

No. 88–1494.   BADALAMENTI v. DUNHAM'S, INC., ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 88–1495.   MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM v. HIGGINS.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 88–1501.   EASTMAN KODAK CO. v. POLAROID CORP.   C. A. Fed. Cir.   Certiorari denied.

No. 88–1505.   BROOKENS v. WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 88–1517.   DUNNING v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.

No. 88–1521.   BOOTH v. ARKANSAS.   Ct. App. Ark.   Certiorari denied.

No. 88–1525.   LOFTICE v. COLORADO.   Ct. App. Colo.   Certiorari denied.

No. 88–1539.   BAKER ET UX. v. PIERCE, EXECUTRIX OF THE ESTATE OF BAKER, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–1544.   ADAMS v. PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA ET AL.   C. A. 3d Cir.   Certiorari denied.